UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RAYNON JONES, | ) | No.  CV 16-5698 PSG (FFM) |
| Petitioner, | ) ) | |
| | ) | JUDGMENT |
| v. | ) ) | |
| CORCORAN WARDEN, | ) ) | |
| Respondent. | ) ) | |

Pursuant to the Order Summarily Dismissing Petition for Lack of Subject Matter Jurisdiction,

IT IS ADJUDGED that the Petition is dismissed without prejudice.

DATED:     8/22/16

PHILIP S. GUTIERREZ
United States District Judge